WWR# 041668250

IN THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
AT LOS ANGELES

| | |
|---|---|
| IN RE: | CASE NO. 24-20268 |
| CHRISTINA C CANO | CHAPTER 7 |
| | JUDGE BARRY RUSSELL |
| DEBTOR(S) | |

**NOTICE OF APPEARANCE**

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as attorney for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned attorney.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ GARRY MASTERSON
GARRY MASTERSON
Attorney for Creditor
5990 WEST CREEK RD SUITE 200
INDEPENDENCE, OH 44131
877-338-9484
bronationalecf@weltman.com

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

5990 West Creek Rd , Suite 200,Independence, OH 44131

A true and correct copy of the foregoing document entitled (*specify*): <u>Notice of appearance</u>
_____
_____
_____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) <u>January 9, 2025, I c</u>hecked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

JOHN J MENCHACA, Trustee,

United States Trustee (LA),

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>January 9 ,2025, I</u> served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

CHRISTINA C CANO
15245 WEEKS DR
LA MIRADA, CA 90638-1228

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| <u>01/09/2025</u> | <u>Aiyanna Kehoe</u> | <u>/S/ Aiyanna Kehoe</u> |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**