United States Bankruptcy Court

Central District of California

In re:                                                                                                      Case No. 24-20268-BR
Christina G Cano                                                                                 Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2                          User: admin                              Page 1 of 2
Date Rcvd: Mar 24, 2025                   Form ID: 318a                        Total Noticed: 15

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Christina G Cano, 15245 Weeks Dr, La Mirada, CA 90638-1228 |
| 42264540 | Earnest Operations, 535 Mission St Ste 1663, San Francisco, CA 94105-2997 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | Email/Text: john.menchaca@txitrustee.com | Mar 25 2025 00:52:00 | John J Menchaca (TR), 835 Wilshire Blvd., Suite 300, Los Angeles, CA 90017 |
| smg | EDI: EDD.COM | Mar 25 2025 04:35:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | EDI: CALTAX.COM | Mar 25 2025 04:35:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | Email/Text: finance.bankruptcy@lacity.org | Mar 25 2025 00:50:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| 42264535 | EDI: JPMORGANCHASE | Mar 25 2025 04:29:00 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 42264536 | EDI: CITICORP | Mar 25 2025 04:29:00 | Citibank, PO Box 6500, Sioux Falls, SD 57117-6500 |
| 42264537 | EDI: CITICORP | Mar 25 2025 04:29:00 | Citibank / Macys, PO Box 6789, Sioux Falls, SD 57117-6789 |
| 42264538 | Email/PDF: creditonebknotifications@resurgent.com | Mar 25 2025 01:06:27 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 42264539 | Email/Text: collections@downeyfcu.org | Mar 25 2025 00:51:00 | Downey Federal Credit Union, 8237 3rd St, Downey, CA 90241-3718 |
| 42264541 | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 25 2025 00:51:00 | Goldman Sachs / Apple Card, Lockbox 6112, PO Box 7247, Philadelphia, PA 19170-0001 |
| 42264542 | Email/Text: EBN@Mohela.com | Mar 25 2025 00:51:00 | MOHELA / Dept of Education, 633 Spirit Dr, Chesterfield, MO 63005-1243 |
| 42264543 | EDI: NFCU.COM | Mar 25 2025 04:35:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 42264544 | Email/Text: bnc@nordstrom.com | Mar 25 2025 00:51:30 | TD Bank / Nordstrom, PO Box 6555, Englewood, CO 80155-6555 |

TOTAL: 13

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | NAVY FEDERAL CREDIT UNION |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

| | | |
|---|---|---|
| District/off: 0973-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 24, 2025 | Form ID: 318a | Total Noticed: 15 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Heston | on behalf of Debtor Christina G Cano bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Garry A Masterson | on behalf of Creditor NAVY FEDERAL CREDIT UNION BnkEcf-CA@weltman.com gmasterson@weltman.com |
| John J Menchaca (TR) | jmenchaca@menchacacpa.com igaeta@menchacacpa.com;ecf.alert+Menchaca@titlexi.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Christina G Cano<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–3171<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Central District of California | |
| Case number: | 2:24-bk-20268-BR | |

## Order of Discharge – Chapter 7                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christina G Cano

[include all names used by each debtor, including trade names, within the 8 years prior to the filing of the petition]

Debtor 1 Discharge Date: 3/24/25

**Dated:** 3/24/25

**By the court:** Barry Russell
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

10/AUTU

For more information, see page 2 >

Official Form 318–CACBdodb/CACodsc          **Order of Chapter 7 Discharge**          page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**